IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MAYRA BETH STUMP,                        )
                                         )
                Plaintiff,               )
                                         )
v.                                       )        Case No. 7:20cv00369
                                         )
ROBERT WILKIE, SECRETARY,                )        By: Elizabeth K. Dillon
DEPARTMENT OF VETERANS                   )            United States District Judge
AFFAIRS,                                 )
                                         )
                Defendant.               )

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED

that defendant's motion to dismiss (Dkt. No. 13) is GRANTED.  This case is DISMISSED

WITH PREJUDICE and STRUCK from the court's active docket.

The clerk shall provide a copy of this order and the opinion to all counsel of record.

Entered: May 21, 2021.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge